IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION                                                                                          PLAINTIFF

V.                                         CIVIL NO. 4:12-cv-4117

MMR CONSTRUCTORS, INC.                                                                DEFENDANT

## ORDER

On January 23, 2014, Plaintiff provided the Court with a Consent Decree, signed by counsel to all parties, which constitutes a final resolution and settlement of Plaintiff's claims in this matter. The Consent Decree has been approved by the Court and will enter contemporaneously.

Accordingly, the Complaint herein is **DIMISSED WITH PREJUDICE**, subject to the terms of the Consent Decree.

The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that a provision of the Consent Decree has not been completed and that a party wishes this Court to enforce the Consent Decree specifically.

**IT IS SO ORDERED**, this 24th day of January, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge